STROOCK & STROOCK & LAVAN LLP
STEPHEN J. NEWMAN (State Bar No. 181570)
JEFFREY D. HARADA (State Bar No. 245187)
REBECCA MANDEL (State Bar No. 340990)
2029 Century Park East, 18th Floor
Los Angeles, CA 90067-3086
Telephone: 310.556.5800
Facsimile: 310.556.5959
Email: lacalendar@stroock.com

Attorneys for Plaintiff
  CALIBER BODYWORKS LLC

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIBER BODYWORKS LLC, a California limited liability company, <br><br> Plaintiff, <br><br> vs. <br><br> CITY OF SACRAMENTO, a municipal entity, <br><br> Defendant. | Case No: 2:22-cv-00040-JAM-DB <br><br> **ORDER REGARDING PLAINTIFF'S FIRST AMENDED COMPLAINT AND DEFENDANT CITY OF SACRAMENTO'S RESPONSE** |

ORDER REGARDING PLAINTIFF'S FIRST AMENDED COMPLAINT
AND DEFENDANT CITY OF SACRAMENTO'S RESPONSE
Case No: 2:22-cv-00040-JAM-DB

LA 52645615

# ORDER

Pursuant to the Stipulation for Leave to File First Amended Complaint and Extension for Defendant City of Sacramento to Respond, filed on March 1, 2022 (Dkt. No. 14), the stipulation is hereby APPROVED, and the following is ORDERED:

1) The First Amended Complaint of plaintiff Caliber Bodyworks LLC is accepted for filing and shall be filed by Plaintiff as a stand-alone entry on the court's docket forthwith;

2) The case caption in this matter shall be reformed, as in the First Amended Complaint, to reflect the addition of defendant RASA;

3) The deadline for Defendant City of Sacramento to respond to the First Amended Complaint, by answer, motion or otherwise, is hereby extended to thirty-five (35) days from this Court's filing of the First Amended Complaint.

IT IS SO ORDERED.

DATED:  March 1, 2022                                      /s/ John A. Mendez
                                                                              THE HONORABLE JOHN A. MENDEZ
                                                                              UNITED STATES DISTRICT COURT JUDGE

- 1 -
ORDER REGARDING PLAINTIFF'S FIRST AMENDED COMPLAINT
AND DEFENDANT CITY OF SACRAMENTO'S RESPONSE
Case No: 2:22-cv-00040-JAM-DB

LA 52645615