STROOCK & STROOCK & LAVAN LLP
STEPHEN J. NEWMAN (State Bar No. 181570)
JEFFREY D. HARADA (State Bar No. 245187)
REBECCA MANDEL (State Bar No. 340990)
2029 Century Park East, 18th Floor
Los Angeles, CA 90067-3086
Telephone:  310.556.5800
Facsimile: 310.556.5959
Email:     lacalendar@stroock.com

Attorneys for Plaintiff
  CALIBER BODYWORKS LLC

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIBER BODYWORKS LLC, a California limited liability company,<br><br>        Plaintiff,<br><br>    vs.<br><br>CITY OF SACRAMENTO, a municipal entity, and REDEVELOPMENT AGENCY SUCCESSOR AGENCY, CITY OF SACRAMENTO, a local government agency,<br><br>        Defendants. | Case No: 2:22-cv-00040-JAM-DB<br><br>[Assigned to Hon. John A. Mendez]<br><br>**ORDER GRANTING STIPULATION FOR EXTENSION OF TIME FOR DEFENDANTS TO RESPOND TO THE FIRST AMENDED COMPLAINT** |

ORDER GRANTING STIPULATION FOR EXTENSION OF TIME
FOR DEFENDANTS TO RESPOND TO THE FIRST AMENDED COMPLAINT
Case No: 2:22-CV-00040-JAM-DB

LA 52653362

## **ORDER**

Pursuant to the Stipulation for Extension of Time for Defendants to Respond to the First Amended Complaint, filed on March 31, 2022 (Dkt. No. 23), the stipulation is hereby APPROVED, and it is ORDERED that the time for defendants City of Sacramento and Redevelopment Agency Successor Agency, City of Sacramento to respond to the First Amended Complaint, by answer, motion or otherwise, is hereby extended to June 6, 2022, as to each.

IT IS SO ORDERED.

DATED: March 31, 2022

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE

- 1 -
ORDER GRANTING STIPULATION FOR EXTENSION OF TIME
FOR DEFENDANTS TO RESPOND TO THE FIRST AMENDED COMPLAINT
Case No: 2:22-CV-00040-JAM-DB

LA 52653362