STROOCK & STROOCK & LAVAN LLP
STEPHEN J. NEWMAN (State Bar No. 181570)
JEFFREY D. HARADA (State Bar No. 245187)
REBECCA MANDEL (State Bar No. 340990)
2029 Century Park East, 18th Floor
Los Angeles, CA 90067-3086
Telephone:  310.556.5800
Facsimile: 310.556.5959
Email:     *lacalendar@stroock.com*

Attorneys for Plaintiff
  CALIBER BODYWORKS LLC

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIBER BODYWORKS LLC, a California limited liability company,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>CITY OF SACRAMENTO, a municipal entity, and REDEVELOPMENT AGENCY SUCCESSOR AGENCY, CITY OF SACRAMENTO, a local government agency,<br><br>　　　　Defendants. | Case No: 2:22-cv-00040-WBS-DB<br><br>[Assigned to Hon. William B. Shubb]<br><br>**ORDER GRANTING STIPULATION FOR DISMISSAL** |

## ORDER

Pursuant to the Stipulation for Dismissal, filed on June 22, 2022, the Stipulation is hereby APPROVED, and it is ORDERED that the above-captioned case be dismissed with prejudice, with each party to bear its own costs and attorney's fees.

IT IS SO ORDERED.

Dated:  June 22, 2022

　　　　　　　　　　　WILLIAM B. SHUBB
　　　　　　　　　　　UNITED STATES DISTRICT JUDGE